**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>MONGODB, INC.,<br><br>                     Defendant. | Civil Action No. 2:16-cv-1268<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF SMART AUTHENTICATION IP, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiff Smart Authentication IP, LLC ("Smart Authentication") certifies the following corporate information:

1. Smart Authentication is a limited liability company formed under the laws of the state of Texas with its principal place of business in Plano, Texas.

2. No publicly held corporation owns 10% or more of Smart Authentication, which is wholly owned by Monument Patent Holdings, LLC.

| | |
|---|---|
| Dated: November 14, 2016 | Respectfully submitted,<br><br>/s/ Dmitry Kheyfits<br>Dmitry Kheyfits — Lead Counsel<br>New York State Bar No. 4743795<br>dkheyfits@kheyfits.com<br>Andrey Belenky<br>New York State Bar No. 4524898<br>abelenky@kheyfits.com<br>KHEYFITS P.C.<br>1140 Avenue of the Americas<br>9th Floor<br>New York, New York 10036<br>Tel. (212) 203-5399<br>Fax. (212) 203-6445 |

1

/s/ L. Charles van Cleef
_____
L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone: (903) 248-8244
Facsimile: (903) 248-8249
charles@vancleef.pro

*Attorneys for Plaintiff Smart Authentication IP, LLC*