# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC, | |
| Plaintiff, | Civil Action No. 2:16-cv-1268 |
| v. | **JURY TRIAL DEMANDED** |
| MONGODB, INC., | |
| Defendant. | |

## PLAINTIFF SMART AUTHENTICATION IP, LLC'S JURY DEMAND

Pursuant to Local Rule CV-38(a), Plaintiff Smart Authentication IP, LLC respectfully

demands a jury trial on all issues so triable.

Dated:  November 14, 2016                    Respectfully submitted,

/s/ Dmitry Kheyfits

Dmitry Kheyfits — Lead Counsel
New York State Bar No. 4743795
dkheyfits@kheyfits.com
Andrey Belenky
New York State Bar No. 4524898
abelenky@kheyfits.com
KHEYFITS P.C.
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

/s/ L. Charles van Cleef

L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone: (903) 248-8244
Facsimile: (903) 248-8249
charles@vancleef.pro

*Attorneys for Plaintiff Smart Authentication IP, LLC*