**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>*Defendants*.<br><br>MONGODB, INC.<br><br>*Defendant*. | Civil Action No. 2:16-cv-01232-JRG<br>LEAD CASE<br><br><br><br><br><br>Civil Action No. 2:16-cv-01268-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Stipulated Motion for Dismissal With Prejudice (Dkt. No. 47), which seeks to dismiss all claims asserted in this case by Plaintiff Smart Authentication IP, LLC, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted in this suit by Plaintiff Smart Authentication IP, LLC are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorney fees and costs are to be borne by the party that incurred them.

It is further **ORDERED** that the Agreed Motion to Stay and Notice of Settlement between Plaintiff Smart Authentication and Defendant MongoDB, Inc. (Dkt. No. 44) is hereby **DENIED AS MOOT**. The Clerk is directed to close member case 2:16-cv-1268-RSP.

**SIGNED this 21st day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE